ATLAS DATA PRIVACY CORPORATION as assignee of individuals who are Covered Persons;

JANE DOE-1, a law enforcement officer; JANE DOE-2, a law enforcement officer;

EDWIN MALDONADO; SCOTT MALONEY; JUSTYNA MALONEY; PETER ANDREYEV; WILLIAM SULLIVAN

v.

SYNAPTIX TECHNOLOGY, LLC, and VOTERRECORDS.COM,

Appellants