OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Cᴏᴜʀᴛ ᴏғ Aᴘᴘᴇᴀʟs
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 1, 2025

Matthew S. AhKao, Esq.
Frederick W. Alworth, Esq.
Michael L. Berry, Esq.
Kashif T. Chand, Esq.
Melissa A. Chuderewicz, Esq.
Thomas P. Cialino, Esq.
Ryan J. Cooper, Esq.
Ronald L. Davison, Esq.
Jennifer F. Delgado, Esq.
Pamela Q. Devata, Esq.
Tyler J. Domino, Esq.
Kathleen B. Einhorn, Esq.
Kory A. Ferro, Esq.
Kenneth D. Friedman, Esq.
Stephanie L. Jonaitis, Esq.
Markiana J. Julceus, Esq.
Jared K. Levy, Esq.
Richard J.L. Lomuscio, Esq.
Eric Lubin, Esq.
John E. MacDonald, Esq.
Mark C. Mao, Esq.
J. Timothy McDonald, Esq.
Jessica A. Merejo, Esq.
Jacqueline Murphy
Michael P. O'Mullan, Esq.
Stephen M. Orlofsky, Esq.
Timothy M. Ortolani, Esq.
Eric M. Palmer, Esq.
Rajiv D. Parikh, Esq.
Samantha D. Parrish, Esq.
Marcel S. Pratt, Esq.
Kelly M. Purcaro, Esq.
Alan C. Raul, Esq.
Thomas C. Regan, Esq.

Kevin R. Reich, Esq.
David E. Sellinger, Esq.
Derek Shaffer, Esq.
Adam R. Shaw, Esq.
Samantha L. Southall, Esq.
Jason A. Spak, Esq.
H. Mark Stichel, Esq.
Angelo A. Stio III, Esq.
Robert T. Szyba, Esq.
Aaron Van Nostrand, Esq.
Clair E. Wischusen, Esq.
Philip N. Yannella, Esq.

RE: Atlas Data Privacy Corp, et al v. We Inform, LLC, et al
Case Number: 25-
1555/1556/1557/1558/1559/1560/1561/1562/1563/1564/1565/1566/1567/1568/1569/1570/1571/1572/
1573/1574/1575/1576/1577/1578/1579/1580/1581/1582/1583/1584/1585/1586/1587/1588/1589/1590/
1591/1592/1593
District Court Case Number: 1:24-cv-04037

Dear Counsel:

The above-entitled cases have been listed for disposition during the week of July 7, 2025.

The panel will determine whether there will be oral argument and if so, the amount of
time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter
2.1.) Approximately 18 calendar days prior to the disposition date you will be advised
whether oral argument will be required, the amount of time allocated by the panel, and
the specific date on which argument will be scheduled.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By: Patrick
Calendar Clerk
267-299-4932