# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
_____

APPEAL FROM DISTRICT COURT:
District:_____
D.C. Docket No.:_____
Date proceedings initiated in D.C.:_____
Date Notice of Appeal filed:_____
USCA No.:_____

## COUNSEL ON APPEAL

**Appellant(s)**:_____
Name of Counsel:_____
Name of Party(ies):_____
Address:_____
Telephone No.:_____
Fax No.:_____
E-mail:_____

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel:_____
Name of Party(ies):_____
Address:_____
Telephone No.:_____
Fax No.:_____
E-mail:_____

Name of Counsel:_____
Name of Party(ies):_____
Address:_____
Telephone No.:_____
Fax No.:_____
E-mail:_____

Is this a Cross-Appeal?            Yes ☐        No ☐
Appeals Docket No.:_____

Was there a previous appeal in case?    Yes ☐        No ☐
If yes, Short Title:_____
Appeals Docket No.:_____
Citation, if reported:_____

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

a) Arises from substantially the same case or controversy as this appeal?  Yes ☐  No ☐
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
                                                        Yes ☐  No ☐

If you answered yes to either "a" or "b" please provide:
Case Name:_____
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

## NATURE OF SUIT
**(Check as many as apply)**

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

2. TORTS
☐ ADMIRALTY
☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this \_\_\_\_\_ day of _____, 20\_\_\_\_\_ .

Signature of Counsel:_____

# ADDENDUM TO CIVIL APPEAL INFORMATION STATEMENT
## (FOR NO. 25-1576)

**Counsel on Appeal** (cont. from page 1 of Civil Appeal Information Statement):

**For Appellee(s):**

| | |
|---|---|
| Name of Counsel: | Adam R. Shaw; Mark C. Mao; Eric M. Palmer; Samantha D. Parrish of Boies Schiller Flexner LLP |
| Names of Party(ies): | Atlas Data Privacy Corporation, Jane Doe-1, Jane Doe-2, Edwin Maldonado and Peter Andreyev |
| Address: | 30 S. Pearl Street, 12th Floor, Albany, NY 12207 |
| Telephone No.: | 518-434-0600 |
| Email: | ashaw@bsfllp.com; mmao@bsfllp.com; epalmer@bsfllp.com; sparrish@bsfllp.com |

| | |
|---|---|
| Name of Counsel: | Kashif T. Chand, Esq. |
| Names of Party(ies): | Intervenor, Attorney General New Jersey |
| Address: | Office of Attorney General of New Jersey, 124 Halsey Street, 5th Floor, Newark, NJ 07102 |
| Telephone No.: | 908-705-3958 |
| Email: | Kashif.chand@law.njoag.gov |

**Other Pending Cases** (cont. from page 2 of Civil Appeal Information Statement):

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. We Inform, LLC, et al.* |
| D.C. Docket No.: | 1:24-cv-4037-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1555 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp. et al. v. Infomatics, LLC, et al.* |
| D.C. Docket No.: | 1:24-cv-4037-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1556 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. The People Searchers, LLC* |
| D.C. Docket No.: | 1:24-cv-4045-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1557 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Deluxe Corporation, et al.* |
| D.C. Docket No.: | 1:24-cv-4080-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1559 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Quantarium Alliance, LLC* |
| D.C. Docket No.: | 1:24-cv-4098-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1560 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Yardi Systems, Inc., et al.* |
| Docket No.: | 1:24-cv-4103-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1561 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Digital Safety Products, LLC* |
| D.C. Docket No.: | 1:24-cv-4141-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1562 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Civil Data Research* |
| D.C. Docket No.: | 1:24-cv-04143-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1563 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Scalable Commerce, LLC* |
| D.C. Docket No.: | 1:24-cv-04160-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1564 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Labels & Lists, Inc.* |
| Docket No.: | 1:24-cv-4174-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1565 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Innovis Data Solutions Inc.,* |
| D.C. Docket No.: | 1:24-cv-4176-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1566 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Accurate Append, Inc.* |
| D.C. Docket No.: | 1:24-cv-4178-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1567 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Zillow, Inc., et al.* |
| D.C. Docket No.: | 1:24-cv-04256-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1568 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Equimine, Inc., et al.* |
| Docket No.: | 1:24-cv-04261 -HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1569 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al. v. Thomson Reuters Corp.* |
| D.C. Docket No.: | 1:24-cv-04269-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1570 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Melissa Data Corp., et al.* |
| D.C. Docket No.: | 1:24-cv-4292-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1571 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Restoration of America, et al.* |
| D.C. Docket No.: | 1:24-cv-4324-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1572 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. i360, LLC, et al.* |
| Docket No.: | 1:24-cv-4345-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1573 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. GoHunt, LLC, et al.* |
| D.C. Docket No.: | 1:24-cv-04380-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1574 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Accuzip, Inc.,* |
| D.C. Docket No.: | 1:24-cv-4383-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1575 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. DM Group, Inc. et al.* |
| D.C. Docket No.: | 1:24-cv-4075-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1558 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Joy Rockwell Enter., Inc..* |
| Docket No.: | 1:24-cv-4389-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1577 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Fortnoff Financial, LLC,* |
| D.C. Docket No.: | 1:24-cv-04390-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1578 |

Case Name: *Atlas Data Privacy Corp., et al v. MyHeritage, Ltd., et al.*
D.C. Docket No.: 1:24-cv-4392-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1579

Case Name: *Atlas Data Privacy Corp., et al v. E-Merges.com, Inc.*
D.C. Docket No.: 1:24-cv-4434-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1580

Case Name: *Atlas Data Privacy Corp., et al v. Nuwber, Inc., et al.*
Docket No.: 1:24-cv-04609-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1581

Case Name: *Atlas Data Privacy Corp., et al v. RocketReach LLC, et al.*
D.C. Docket No.: 1:24-cv-4664-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1582

Case Name: *Atlas Data Privacy Corp., et al v. Belles Camp Comm., Inc.,*
D.C. Docket No.: 1:24-cv-04949-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1583

Case Name: *Atlas Data Privacy Corp., et al v. PropertyRadar, Inc., et al.*
D.C. Docket No.: 1:24-cv-5600-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1584

Case Name: *Atlas Data Privacy Corp., et al v. The Alesco Group, L.L.C.*
Docket No.: 1:24-cv-5656-MB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1585

Case Name: *Atlas Data Privacy Corp., et al v. Searchbug, Inc.*
D.C. Docket No.: 1:24-cv-05658-MB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1586

Case Name: *Atlas Data Privacy Corp., et al. v. Amerilist, Inc., et al.*
D.C. Docket No.: 1:24-cv-05775-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1587

Case Name: *Atlas Data Privacy Corp., et al. v. US Data Corporation, et al.*
D.C. Docket No.: 1:24-cv-7324-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1588

Case Name: *Atlas Data Privacy Corp., et al. v. Smarty, LLC, et al.*
Docket No.: 1:24-cv-8075-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1589

Case Name: *Atlas Data Privacy Corp., et al. v. Compact Inform. Sys., LLC*
D.C. Docket No.: 1:24-cv-8451-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1590

Case Name: *Atlas Data Privacy Corp., et al. v. Darkowl, LLC, et al.*
D.C. Docket No.: 1:24-cv-10600-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1591

Case Name: *Atlas Data Privacy Corp., et al. v. Spy Dialer, Inc.*
D.C. Docket No.: 1:24-cv-11023-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1592

Case Name: *Atlas Data Privacy Corp., et al. v. Lighthouse List Co., LLC*
D.C. Docket No.: 1:24-cv-11443-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1593