OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 15, 2025

Matthew S. AhKao
Jessica L. Magliette
Lewis Brisbois Bisgaard & Smith
One Riverfront Plaza
Suite 800
Newark, NJ 07102

RE: Atlas Data Privacy Corp, et al v. Synaptix Technology LLC, et al
Case Number: 25-1576
District Court Case Number: 1:24-cv-04385

Dear Counsel:

Pursuant to our docketing letter dated **March 31, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Disclosure Statement**

The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Laurie
Case Manager
267-299-4936


Case: 25-1576  Document: 30  Page: 2  Date Filed: 04/15/2025


cc: David Boies, Esq.
Kashif T. Chand, Esq.
Kathleen B. Einhorn, Esq.
Liza B. Fleming, Esq.
Mark C. Mao, Esq.
Jessica A. Merejo, Esq.
Eric M. Palmer, Esq.
Rajiv D. Parikh, Esq.
Samantha D. Parrish, Esq.
Adam R. Shaw, Esq.
Michael L. Zuckerman, Esq.