UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. <u>25-1555</u>**

Atlas Data Privacy Corporation et al. v.
We Inform, LLC

(D.N.J. No. 1:24-cv-04037)

**No. <u>25-1556</u>**

Atlas Data Privacy Corporation et al. v.
Infomatics, LLC

(D.N.J. No. 1:24-cv-04041)

**No. <u>25-1557</u>**

Atlas Data Privacy Corporation et al. v.
The People Searchers, LLC

(D.N.J. No. 1:24-cv-04045)

**No. <u>25-1558</u>**

Atlas Data Privacy Corporation et al. v.
DM Group, Inc.

(D.N.J. No. 1:24-cv-04075)

**No. <u>25-1559</u>**

Atlas Data Privacy Corporation et al. v.
Deluxe Corporation

(D.N.J. No. 1:24-cv-04080)

**No. <u>25-1560</u>**

Atlas Data Privacy Corporation et al. v.
Quantarium Alliance, LLC, and
Quantarium Group, LLC

(D.N.J. No. 1:24-cv-04098)

**No. <u>25-1561</u>**

Atlas Data Privacy Corporation et al. v.
Yardi Systems, Inc.

(D.N.J. No. 1:24-cv-04103)

**No. <u>25-1562</u>**

Atlas Data Privacy Corporation et al. v.
Digital Safety Products, LLC

(D.N.J. No. 1:24-cv-04141)

**No. <u>25-1563</u>**

Atlas Data Privacy Corporation et al. v.
Civil Data Research, LLC

(D.N.J. No. 1:24-cv-04143)

**No. <u>25-1564</u>**

Atlas Data Privacy Corporation et al. v.
Scalable Commerce, LLC, and National
Data Analytics, LLC

(D.N.J. No. 1:24-cv-04160)

**No. <u>25-1565</u>**

Atlas Data Privacy Corporation et al. v.
Labels & Lists, Inc.

(D.N.J. No. 1:24-cv-04174)

**No. <u>25-1566</u>**

Atlas Data Privacy Corporation et al. v.
Innovis Data Solutions, Inc.

(D.N.J. No. 1:24-cv-04176)

**No. <u>25-1567</u>**

Atlas Data Privacy Corporation et al. v.
Accurate Append, Inc.

(D.N.J. No. 1:24-cv-04178)

**No. <u>25-1568</u>**

Atlas Data Privacy Corporation et al. v.
Zillow, Inc., and Zillow Group, Inc.

(D.N.J. No. 1:24-cv-04256)

**No. <u>25-1569</u>**

Atlas Data Privacy Corporation et al. v.
Equimine, Inc.

(D.N.J. No. 1:24-cv-04261)

**No. <u>25-1570</u>**

Atlas Data Privacy Corporation et al. v.
Thomson Reuters Corporation, Thomson
Reuters Holdings Inc., Thomson Reuters
Canada Limited, Thomson Reuters
Applications Inc., Thomson Reuters
Enterprise Centre GmbH, and West
Publishing Corporation

(D.N.J. No. 1:24-cv-04269)

**No. <u>25-1571</u>**

Atlas Data Privacy Corporation et al. v.
Melissa Data Corp.

(D.N.J. No. 1:24-cv-04292)

**No. <u>25-1572</u>**

Atlas Data Privacy Corporation et al. v.
Restoration of America and Voter
Reference Foundation LLC

(D.N.J. No. 1:24-cv-04324)

**No. <u>25-1573</u>**

Atlas Data Privacy Corporation et al. v.
i360, LLC

(D.N.J. No. 1:24-cv-04345)

**No. <u>25-1574</u>**

Atlas Data Privacy Corporation et al. v.
GoHunt, LLC, GoHunt Management
Holdings, LLC, and GoHunt
Management Holdings II, LLC

(D.N.J. No. 1:24-cv-04380)

**No. <u>25-1575</u>**

Atlas Data Privacy Corporation et al. v.
AccuZIP, Inc.

(D.N.J. No. 1:24-cv-04383)

**No. <u>25-1576</u>**

Atlas Data Privacy Corporation et al. v.
Synaptix Technology, LLC, and
Voterrecords.com

(D.N.J. No. 1:24-cv-04385)

**No. <u>25-1577</u>**

Atlas Data Privacy Corporation et al. v.
Joy Rockwell Enterprises, Inc.

(D.N.J. No. 1:24-cv-04389)

**No. <u>25-1578</u>**

Atlas Data Privacy Corporation et al. v.
Fortnoff Financial, LLC

(D.N.J. No. 1:24-cv-04390)

**No. <u>25-1579</u>**

Atlas Data Privacy Corporation et al. v.
MyHeritage Ltd. and MyHeritage
(USA), Inc.

(D.N.J. No. 1:24-cv-04392)

**No. <u>25-1580</u>**

Atlas Data Privacy Corporation et al. v.
E-Merges.com Inc.

(D.N.J. No. 1:24-cv-04434)

**No. <u>25-1581</u>**

Atlas Data Privacy Corporation et al. v.
Nuwber, Inc.

(D.N.J. No. 1:24-cv-04609)

**No. 25-1582**

Atlas Data Privacy Corporation et al. v.
RocketReach LLC

(D.N.J. No. 1:24-cv-04664)

**No. 25-1583**

Atlas Data Privacy Corporation et al. v.
Belles Camp Communications, Inc.

(D.N.J. No. 1:24-cv-04949)

**No. 25-1584**

Atlas Data Privacy Corporation et al. v.
PropertyRadar, Inc.

(D.N.J. No. 1:24-cv-05600)

**No. 25-1585**

Atlas Data Privacy Corporation et al. v.
The Alesco Group, L.L.C., Alesco AI,
LLC, Alesco Marketing Solutions,
L.L.C., Stat Resource Group Inc., and
Response Solutions Group, LLC

(D.N.J. No. 1:24-cv-05656)

**No. 25-1586**

Atlas Data Privacy Corporation et al. v.
Searchbug, Inc.

(D.N.J. No. 1:24-cv-05658)

**No. 25-1587**

Atlas Data Privacy Corporation et al. v.
Amerilist, Inc.

(D.N.J. No. 1:24-cv-05775)

**No. 25-1588**

Atlas Data Privacy Corporation et al. v.
US Data Corporation

(D.N.J. No. 1:24-cv-07324)

**No. 25-1589**

Atlas Data Privacy Corporation et al. v.
Smarty, LLC, and SmartyStreets, LLC

(D.N.J. No. 1:24-cv-08075)

**No. 25-1590**

Atlas Data Privacy Corporation et al. v.
Compact Information Systems, LLC,
Accudata Integrated Marketing, Inc.,
Alumnifinder, ASL Marketing, Inc.,
College Bound Selection Service,
Deepsync Labs, Homedata, and Student
Research Group

(D.N.J. No. 1:24-cv-08451)

**No. 25-1591**

Atlas Data Privacy Corporation et al. v.
DarkOwl, LLC

(D.N.J. No. 1:24-cv-10600)

**No. 25-1592**

Atlas Data Privacy Corporation et al. v.
Spy Dialer, Inc.

(D.N.J. No. 1:24-cv-11023)

**No. 25-1593**

Atlas Data Privacy Corporation et al. v.
Lighthouse List Company, LLC

(D.N.J. No. 1:24-cv-11443)

**No. 25-1676**

Atlas Data Privacy Corporation et al. v.
First Direct, Inc.

(D.N.J. No. 1:25-cv-01480)

**No. 25-1677**

Atlas Data Privacy Corporation et al. v.
Greenflight Venture Corp.

(D.N.J. No. 1:25-cv-01517)

Present:  BIBAS, FREEMAN, and CHUNG, *Circuit Judges*

1.  Motion filed by Appellants for Extension of Time to file Joint Reply Brief until/for 06/03/2025.

Respectfully,
Clerk

_____ORDER_____

The foregoing motion is GRANTED in part. Appellants must file their reply brief by May 30, 2025, at 12 noon ET.

By the Court,

s/ Stephanos Bibas
Circuit Judge

Dated: May 8, 2025
Lmr/cc: All Counsel of Record