OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Cᴏᴜʀᴛ ᴏꜰ Aᴘᴘᴇᴀʟs
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 2, 2025

Ms. Heather J. Baker, Clerk
Supreme Court of New Jersey
Hughes Justice Complex
25 West Market Street
P.O. Box 970
Trenton, NJ 08625

RE:    ATLAS DATA PRIVACY CORP.; JANE DOE 1; JANE DOE 2; EDWIN
       MALDONADO; POLICE OFFICER SCOTT MALONEY; JUSTYNA
       MALONEY; PATRICK COLLIGAN; PETER ANDREYEV; WILLIAM
       SULLIVAN

       ATTORNEY GENERAL OF NEW JERSEY,
       Intervenor

       v.

       WE INFORM, LLC; INFOMATICS, LLC; THE PEOPLE SEARCHERS, LLC;
       DM GROUP, INC.; DELUXE CORP.; QUANTARIUM ALLIANCE, LLC;
       QUANTARIUM GROUP, LLC; YARDI SYSTEMS, INC.; DIGITAL SAFETY
       PRODUCTS, LLC; CIVIL DATA RESEARCH, LLC; SCAL-ABLE
       COMMERCE, LLC; NATIONAL DATA ANALYT-ICS, LLC; LABELS &
       LISTS, INC.; INNOVIS DATA SOLU-TIONS, INC.; ACCURATE APPEND,
       INC.; ZILLOW, INC.; ZILLOW GROUP, INC.; EQUIMINE, INC.; THOMSON
       REUTERS CORP.; THOMSON REUTERS HOLDINGS, INC.; THOMSON
       REUTERS CANADA LIMITED; THOM-SON REUTERS APPLICATIONS,
       INC.; THOMSON REUTERS ENTERPRISE CENTRE GMBH; WEST PUB-
       LISHING CORP.; MELISSA DATA CORP.; RESTORATION OF AMERICA;
       VOTER REFERENCE FOUNDATION, LLC; I360, LLC; GOHUNT, LLC;
       GOHUNT MANAGEMENT HOLDINGS, LLC; GOHUNT MANAGEMENT
       HOLDINGS II, LLC; ACCUZIP, INC.; SYNAPTIX TECHNOLOGY, LLC;
       VOTERRECORDS.COM; JOY ROCKWELL ENTER-PRISES, INC.;
       FORTNOFF FINANCIAL, LLC; E-MERGES.COM, INC.; NUWBER, INC.;
       ROCKETREACH, LLC; BELLES CAMP COMMUNICATIONS, INC.; PROP-
       ERTYRADAR, INC.; THE ALESCO GROUP, LLC; SEARCHBUG, INC.;

AMERILIST, INC.; U.S. DATA CORP.; SMARTY, LLC; COMPACT
INFORMATION SYSTEMS, LLC; DARKOWL, LLC; SPY DIALER, INC.;
LIGHTHOUSE LIST CO., LLC; FIRST DIRECT, INC.; GREENFLIGHT
VENTURE CORP.,

Appellants

C.A. Nos.  25-1555 through -1578, 25-1580 through -1593, 25-1676, 25-1677
D.C. Nos. (D.C. No. Nos. 1:24-cv-04037, 1:24-cv-04041, 1:24-cv-04045, 1:24-cv-
04075, 1:24-cv-04080, 1:24-cv-04098, 1:24-cv-04103, 1:24-cv-04141, 1:24-cv-
04143, 1:24-cv-04160, 1:24-cv-04174, 1:24-cv-04176, 1:24-cv-04178, 1:24-cv-
04256, 1:24-cv-04261, 1:24-cv-04269, 1:24-cv-04292, 1:24-cv-04324, 1:24-cv-
04345, 1:24-cv-04380, 1:24-cv-04383, 1:24-cv-04385, 1:24-cv-04389, 1:24-cv-
04390, 1:24-cv-04434, 1:24-cv-04609, 1:24-cv-04664, 1:24-cv-04949, 1:24-cv-
05600, 1:24-cv-05656, 1:24-cv-05658, 1:24-cv-05775, 1:24-cv-07324, 1:24-cv-
08075, 1:24-cv-08451, 1:24-cv-10600, 1:24-cv-11023, 1:24-cv-11443, 1:25-cv-
01480, 1:25-cv-01517)
NJ Rules, Rule 2:12A Certification of Questions of Law By The Supreme Court

Dear Ms. Baker:

Enclosed please find eight certified copies of an Order Certifying a Question of
Law submitted to the Supreme Court of New Jersey pursuant to New Jersey Supreme
Court Rule 2:12A.  The certification, which was filed as of this date, was signed by the
Honorable Stephanos Bibas on behalf of a panel of this Court. Also enclosed is a CD
containing the record and docket sheet for the Third Circuit.

The certification was initiated by the Court sua sponte.  In this Court the
Appellants are
 We Inform, LLC; Infomatics, LLC; The People Searchers, LLC; Dm Group, Inc.;
Deluxe Corp.; Quantarium Alliance, LLC; Quantarium Group, LLC; Yardi Systems, Inc.;
Digital Safety Products, LLC; Civil Data Research, LLC; Scal-Able Commerce, LLC;
National Data Analyt-Ics, LLC; Labels & Lists, Inc.; Innovis Data Solu-Tions, Inc.;
Accurate Append, Inc.; Zillow, Inc.; Zillow Group, Inc.; Equimine, Inc.; Thomson
Reuters Corp.; Thomson Reuters Holdings, Inc.; Thomson Reuters Canada Limited;
Thom-Son Reuters Applications, Inc.; Thomson Reuters Enterprise Centre Gmbh; West
Pub-Lishing Corp.; Melissa Data Corp.; Restoration Of America; Voter Reference
Foundation, LLC; I360, LLC; Gohunt, LLC; Gohunt Management Holdings, LLC;
Gohunt Management Holdings Ii, LLC; Accuzip, Inc.; Synaptix Technology, LLC;
Voterrecords.Com; Joy Rockwell Enter-Prises, Inc.; Fortnoff Financial, LLC; E-
Merges.Com, Inc.; Nuwber, Inc.; Rocketreach, LLC; Belles Camp Communications, Inc.;
Prop-Ertyradar, Inc.; The Alesco Group, LLC; Searchbug, Inc.; Amerilist, Inc.; U.S. Data
Corp.; Smarty, LLC; Compact Information Systems, LLC; Darkowl, LLC; Spy Dialer,
Inc.; Lighthouse List Co., LLC; First Direct, Inc.; Greenflight Venture Corp.

Should you need anything further in regard to this matter, please feel free to call Laurie at 267-299-4936.

Very truly yours,
Patricia S. Dodszuweit, Clerk

by:  s/Laurie
Case Manager
Direct Dial 267-299-4936

Enclosure
cc: All Counsel of Record