UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 25-1576**

Atlas Data Privacy Corp. v. Synaptix Technology LLC

**ORDER**

Counsel for Appellant has advised the Clerk's Office that Voterrecords.com is a website owned by Synaptix Technology, LLC and is not a separate entity. Synaptix Technology is the only Appellant in this case. The Clerk's Office will remove Voterrecords.com as a separate party and amend the caption accordingly. The caption will now read:

ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons; JANE DOE-1, a law enforcement officer; JANE DOE-2, a law enforcement officer; EDWIN MALDONADO; SCOTT MALONEY; JUSTYNA MALONEY; PETER ANDREYEV; WILLIAM SULLIVAN

v.

SYNAPTIX TECHNOLOGY, LLC,
Appellant

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 3, 2026
Lmr/cc: All Counsel of Record